**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CEDRICK D. GREEN,
    Petitioner,

vs.                                       Case No. 5:07cv91/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

### O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 29, 2007.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The second amended petition for writ of habeas corpus (Doc. 29) is **DENIED** with prejudice.

    **DONE AND ORDERED** this 16th day of January, 2008.


                                            s/ *M. Casey Rodgers*
                                            **M. CASEY RODGERS
                                            UNITED STATES DISTRICT JUDGE**